N. J. JACKSON, *Appellant*, v. THE CITY OF HUMBOLDT
*et al., Appellees.*

No. 16,915.

#### HEADNOTE BY THE REPORTER.

DAMAGES—*Inadequate Award—Inconsistent with Verdict for the
Plaintiff.* An award of nominal damages was inconsistent
with a verdict for the plaintiff, and the judgment was reversed
and a new trial ordered.

Appeal from Allen district court. Opinion filed
March 11, 1911. Reversed.

*R. H. Bennett,* and *R. E. Cullison,* for the appellant.
*A. M. Florence,* for M. J. Benson.

*Per Curiam:* This an action to recover damages for
personal injuries. The evidence of the plaintiff tended
to prove that he had been grievously wounded, his face
disfigured, his sight permanently impaired, that he
had suffered great pain, lost considerable time from his
regular occupation of farming, and incurred expenses
to a material amount, by the culpable negligence of
one of the defendants, a city marshal, in wrongfully
admitting into the jail where the plaintiff was confined
several persons armed with various weapons, who
thereupon assaulted, wounded and injured the plaintiff.
Evidence was offered by the defendants tending to
show that these persons were admitted to the jail with
the plaintiff's consent, and that he was the aggressor,
but the jury found for the plaintiff, and so the defense
failed. Having so found the issues in favor of the
plaintiff, it was the duty of the jury to award sub-
stantial damages (*Miller v. Miller,* 81 Kan. 397), but
the verdict was for $1 only. The court denied the
plaintiff's motion for a new trial, and rendered judg-
ment upon the verdict against the marshal—a de-
murrer by the city having been sustained.

That the plaintiff suffered the injuries as stated was

not controverted, and it is not claimed that he was awarded compensation therefor, but it is insisted that the verdict should be treated as a finding for the defendant. This contention is contrary to the views of this court in the Miller case, *supra,* and for the reasons there stated the judgment is reversed, with directions to grant a new trial of the issues between the plaintiff and defendant Benson. No complaint is made of the ruling upon the demurrer.